UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PEDRO RODRIGUEZ,
                        *Plaintiff*,

– against –

MRC BAKERY CORP. *d/b/a* LA GULI PASTRY SHOP and MARIA NOTARO,

                        *Defendants*.

<u>ORDER</u>
24-cv-04570 (NCM) (JAM)

**NATASHA C. MERLE**, United States District Judge:

The Court has received the Report and Recommendation ("R&R") dated August 24, 2025, from the Honorable Joseph A. Marutollo, United States Magistrate Judge. ECF No. 31. No objections have been filed.

The Court reviews "de novo any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-0371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Estate of Ellington ex rel. Ellington v. Harbrew Imports Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, I find no clear error. I therefore adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

Accordingly, plaintiff's motion for default judgment is granted with respect to his first, second, and third causes of action and denied with respect to his fourth and fifth causes of action. Judgment is to be entered against defendants, jointly and severally, in the amount of $102,099.31, comprising $30,472.56 in unpaid overtime damages, $7,536.00 in unpaid spread-of-hours damages, $38,008.56 in liquidated damages, $11,437.00 in attorneys' fees, $1,986.32 in costs, and $12,658.87 in pre-judgment interest to increase by $9.37 per day until the entry of judgment. Plaintiff is further awarded post-judgment interest at the rate set forth in 28 U.S.C. § 1961(a). Plaintiff's fourth and fifth causes of action are dismissed without prejudice.

**SO ORDERED.**

      /s/ Natasha C. Merle  
NATASHA C. MERLE  
United States District Judge

Dated:    September 29, 2025  
             Brooklyn, New York